# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN GUST WESTINE, JR., ) | |
| ) | |
| Petitioner, ) | No. CV 07-6710-R(AJW) |
| ) | |
| vs. ) | |
| ) | JUDGMENT |
| JOSEPH NORWOOD, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: December 14, 2009_

_____
Manuel L Real
United States District Judge